IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
            Plaintiff,  )  2:10-cv-01313-GEB-KJN
      v.  )  <u>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u>
Junction Petro, LLC,  )
            Defendant.  )
_____  )

        The May 27, 2010, Order Setting Status (Pretrial Scheduling) Conference scheduled a status conference in this case for September 20, 2010, and required the parties to file a joint status report no later than fourteen days prior to the scheduling conference. The Order further required that a status report be filed regardless of whether a joint report could be procured. No joint status report was filed as ordered.

        Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on October 18, 2010, why sanctions should not be imposed against him under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. If a hearing is requested, it will be held on November 1, 2010, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date and time. A status report shall be filed no later than fourteen days prior to the status conference.

        IT IS SO ORDERED.

Dated: September 13, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1