IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Junction Petro, LLC,<br><br>　　　　　Defendant.<br>_____ | 2:10-cv-01313-GEB-KJN<br><br><u>ORDER CONCERNING ORDER TO<br>SHOW CAUSE AND CONTINUING<br>STATUS (PRETRIAL SCHEDULING)<br>CONFERENCE</u> |

　　　　Plaintiff states in his status report filed November 29, 2010, "Defendant  Junction Petro, LLC  has been served, but has not answered . . . . Plaintiff has filed a Request for Clerk's Entry of Default and anticipates a Motion for Default date in May 2011." (ECF No. 18, 2:12-13, 3:20-21.)

　　　　Plaintiff shall file a motion for entry of default judgment within ninety days of the date this Order is filed. Further, the status conference scheduled for December 13, 2010, is continued to commence at 9:00 a.m. on May 23, 2011. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

///

///

///

1

     Further, Plaintiff was issued an OSC on September 14, 2010 for failing to file a status report, to which plaintiff responded. (ECF Nos. 9, 14.) Although the response reveals Plaintiff could be sanctioned, the judge will not impose a sanction this time.

     IT IS SO ORDERED.

Dated: December 6, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge